## Rebecca SHELLEY v. Andrew JORDAN, Assistant District Director of Naturalization and Immigration.

No. 7955.

Circuit Court of Appeals, Sixth Circuit.

Oct. 11, 1939.

Rebecca Shelley, in pro. per., and John Safran, of Detroit, Mich., for appellant.

John C. Lehr and Louis M. Hopping, both of Detroit, Mich., for appellees.

Before SIMONS, ALLEN, and HAMILTON, Circuit Judges.

PER CURIAM.

Affirmed on the authority of United States v. Schwimmer, 7 Cir., 279 U.S. 644, 49 S.Ct. 448, 73 L.Ed. 889, and United States v. Macintosh, 2 Cir., 283 U.S. 605, 51 S.Ct. 570, 75 L.Ed. 1302.